UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ASHA ELME,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, Secretary for the Department of Homeland Security; *et al*.,<br>Respondents. | No. 2:26-CV-02884-SAB<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT** |

On October 2, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered Respondents to release Petitioner from immigration custody. The same day, Respondents filed a notice of release, indicating that Petitioner had been released from custody on September 21, 2026. Petitioner is represented by Benjamin Cornell. Respondents are represented by Lawrence J. Van Daley, Sr.

A petition for habeas relief becomes moot when the petitioner is no longer in custody, so long as there are no collateral consequences from the detention that can be addressed by adjudicating the merits of the petition. *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007). As Petitioner's requested relief was granted by Respondents before the Court granted her Habeas Petition, the Petition is moot.

//

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court's Order granting Petitioner's Petition for Writ of Habeas Corpus, ECF No. 10, is **STRICKEN**.

2. Petitioner's Petition for Writ of Habeas Corpus, ECF No. 1, is **DISMISSED as moot**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 5th day of October 2026.

Stanley A. Bastian
United States District Judge